UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RODRIGUEZ-AVILA<br><br>Defendant. | Case No. 4:10-cr-00026-BLW<br>Case No. 4:10-cr-00070-BLW<br><br>**ORDER** |

Before the Court is Defendant Ricardo Rodriguez-Avila's Motion to Reduce Sentence. The identical motion was filed in both criminal cases identified above. The Court will dismiss the motion for two reasons: First, Mr. Rodriguez-Avila has not established that the Court has jurisdiction to order the relief he seeks. Second, according to the Bureau of Prisons' inmate locator, defendant was released from prison in March 2019. As such, the motion is moot.

Accordingly, **IT IS ORDERED THAT:**

1. Defendant's letter Motion to Reduce Sentence (Dkt. 43 in case no. 4:10-cr-26 and Dkt. 220 in case no. 4:10-cr-70) is **DISMISSED**.

2. Defendant's Motion to Appoint Counsel (Dkt. 42 in case no. 4:10-cr-26 and Dkt. 188 in case no. 4:10-cr-70) is **DEEMED MOOT**.

DATED: September 1, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**